Case 1:23-cv-00435-JMB-RSK   ECF No. 8, PageID.31   Filed 05/31/23   Page 1 of 3
AO 440 (Rev. 01/09) Summons in a Civil Action (Rev. MIWD 12/15)
Case 1:23-cv-00435-JMB-RSK   ECF No. 4, PageID.12   Filed 05/03/23   Page 1 of 1

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Equal Employment Opportunity Commission

Case No. 1:23-cv-00435
Hon. Jane M. Beckering

v.

Trinity Heatlh - Michigan, d/b/a Mercy Health St. Mary's

TO: Trinity Health-Michigan, d/b/a Mercy Health St. Mary's
ADDRESS: c/o The Corporation Company
20555 Victor Parkway
Livonia, MI 48152

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Dale Price (P55578)
Equal Employment Opportunity Commission
477 Michigan Ave., Room 865
Detroit, MI 48226

CLERK OF COURT

5/3/2023

By: Deputy Clerk                                Date

## PROOF OF SERVICE

This summons for __Trinity Health-Michigan, d/b/a Mercy Health St. Mary's__ was received by me on _____
(name of individual and title, if any)                                                                    (date)

☐ I personally served the summons on the individual at _____
                                                                (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                                    (name of individual)
of process on behalf of _____ on _____.
                            (name of organization)                    (date)

☐ I returned the summons unexecuted because _____.
☒ Other (specify): Certified mail tracking # 7021 0350 0001 5953 1527.

My fees are $ _____ for travel and $ __0__ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __5-25-23__

_____
Server's signature

Shajiu Khan, Paralegal
Server's printed name and title

477 Michigan Ave., Rm 865, Det MI
Server's address

48226



# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70210350000159531572

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 10:07 am on May 9, 2023 in LIVONIA, MI 48152.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

LIVONIA, MI 48152
May 9, 2023, 10:07 am

See All Tracking History

Feedback

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers