UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:23-cv-435 | 6/27/2023 | 1:28 PM - 1:47 PM | Grand Rapids | Jane M. Beckering |

### CASE CAPTION

| Plaintiff(s): | Defendant(s): |
|---|---|
| Equal Employment Opportunity Commission | Trinity Health Michigan |

### APPEARANCES

| Attorney: | Representing: |
|---|---|
| Dale Price (via phone) | Plaintiff |
| Jaclyn Rose Therese Giffen (via phone) | Defendant |

### PROCEEDINGS

**NATURE OF HEARING:** Rule 16 Scheduling Conference held via phone; Case Management Order to issue.

Court Reporter: (not recorded)
Case Manager: Rick Wolters