UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

TRINITY HEALTH-MICHIGAN
d/b/a Mercy Health St. Mary's,

    Defendant.
_____/

Case No. 1:23-cv-435

HON. JANE M. BECKERING

## CASE MANAGEMENT ORDER

**IT IS HEREBY ORDERED:**

| | | |
|---|---|---|
| Motions to Join Parties or Amend Pleadings | | JULY 25, 2023 |
| Rule 26(a)(1) Disclosures | | JULY 25, 2023 |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying liability experts (Rule 26(a)(2)(A)) | Plaintiff:<br>Defendant: | SEPTEMBER 15, 2023<br>OCTOBER 13, 2023 |
| Disclosure of Liability Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff:<br>Defendant: | OCTOBER 13, 2023<br>NOVEMBER 13, 2023 |
| Disclose Name, Address, Area of Expertise and provide a short summary of expected testimony of all testifying damages experts (Rule 26(a)(2)(A)) | Plaintiff:<br><br><br><br><br>Defendant: | Within 30 Days of the Dispositive Motion Deadline if no Motion is filed, or Within 30 Days of the Decision on the Dispositive Motion(s)<br>Within 30 Days of Plaintiff's Disclosure |
| Disclosure of Damages Expert Witness Reports (Rule 26(a)(2)(B)) | Plaintiff:<br><br>Defendant:<br><br>Expert Depositions: | No Later Than 90 Days Before Trial<br>No Later Than 60 Days Before Trial<br>No Later Than 30 Days Before Trial |
| Voluntary Exchange of Documents | | JULY 25, 2023 |

| Completion of Discovery | JANUARY 30, 2024 |
|---|---|
| Dispositive Motions | FEBRUARY 29, 2024 |
| Interrogatories will be limited to: (Single Part Questions) | 25 single part questions |
| Depositions will be limited to: (Fact Witnesses Per Side) | 10 per side |
| ADR To Take Place On Or Before: | FEBRUARY 14, 2024 |

1. <u>JOINDER OF PARTIES AND AMENDMENTS OF PLEADINGS</u>:  All motions for joinder of parties and all motions to amend the pleadings must be filed by the date set forth in the table above.

2. <u>DISCLOSURES AND EXCHANGES</u>:  Deadlines for exchange of Rule 26(a)(1) disclosures, names of lay witnesses, identification of experts, voluntary exchange of documents, and disclosure of expert reports under Rule 26(a)(2), if applicable, are ordered as set forth in the table above.

3. <u>DISCOVERY</u>:  All discovery proceedings shall be completed no later than the date set forth in the table above, and shall not continue beyond this date.  All interrogatories, requests for admissions, and other written discovery requests must be served no later than thirty days before the close of discovery.  All depositions must be completed before the close of discovery.  Interrogatories will be limited as set forth in the table above.  Depositions will be limited as set forth in the table above.  There shall be no deviations from this order without prior approval of the court upon good cause shown. Time limitations for depositions set forth in Rule 30(d)(1) apply to this case.

4. <u>MOTIONS</u>:

   a. Non-dispositive motions shall be filed in accordance with W.D. Mich. LCivR. 7.3.  They may be referred to a Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).  In accordance with 28 U.S.C. § 471, et seq., it is the policy of this Court to prohibit the consideration of discovery motions unless accompanied by a certification that the moving party has made a reasonable and good faith effort to reach agreement with opposing counsel on the matters set forth in the motion.

   b. Dispositive motions shall be filed in accordance with W.D. Mich. LCivR 7.2 by the date set forth in the table above.  If the dispositive motion is based on depositions, the Court prefers that parties file the entire deposition transcript with the relevant portions highlighted.  Alternatively, a party may file only those excerpts that are relevant to the motion.  If the dispositive motion references answers to interrogatories as a supporting document, then only those excerpts that are relevant to the motion shall be filed.  The Court may schedule oral argument or may, in its discretion, dispose of the motion without argument at the end of the briefing schedule.  **Pursuant to Administrative Order 07-026, one courtesy copy of all dispositive motion papers (including responses and replies) and all accompanying exhibits must be submitted directly to the judge's chambers on paper.  The copy must be hand-delivered or sent via first class mail the same day the document is e-filed**.

5. <u>ALTERNATIVE DISPUTE RESOLUTION</u>:   In the interest of facilitating prompt resolution of this case, and the parties having voluntarily selected facilitative mediation, this matter shall be

submitted to facilitative mediation.  The parties have until <u>August 1, 2023</u> to jointly choose one mediator from the list of court certified mediators.[1]  Plaintiff is responsible for e-filing notification of the name of the selected mediator.  If the parties are unable to jointly select a mediator, they must notify the ADR Administrator[2], who will select a mediator for them.  Once the mediator is selected, a Notice will issue regarding the method and schedule for the mediation conference.

6.    <u>SETTLEMENT</u>:  The parties are under an ongoing obligation to engage in good faith settlement negotiations.

**Counsel and the parties shall comply with the current version of the undersigned's Information and Guidelines for Civil Practice** (available on the court's website).

Dated: <u>June 27, 2023</u>                                     <u>/s/ Jane M. Beckering</u>
                                                                                       JANE M. BECKERING
                                                                                       UNITED STATES DISTRICT JUDGE

---

[1] www.miwd.uscourts.gov.
[2] ADR Administrator, U.S. District Court, 399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503; 616/456-2381; adr@miwd.uscourts.gov.